AARON B. BLOOM (SBN 215037)
Email:  abloom@troygould.com
JOHN C. ULIN (SBN 165524)
Email: julin@troygould.com
CHINELO N. IKEM (SBN 343780)
Email:  cikem@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:     (310) 553-4441
Facsimile:      (310) 201-4746

Attorneys for Defendant
Clements Design, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>            Plaintiff,<br><br>      v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>            Defendants. | Case No. 2:24-cv-02496<br><br>DECLARATION OF AARON B. BLOOM IN SUPPORT OF DEFENDANT CLEMENTS DESIGN, INC.'S MOTION TO DISMISS<br><br>Assigned for All Purposes To:<br>Hon. Maame Ewusi-Mansah Frimpong<br>Ctrm:     8B<br><br>Date:    June 6, 2024<br>Time:   10:00 a.m.<br>Ctrm:    8B<br><br>Complaint Filed:      March 27, 2024 |

# **DECLARATION OF AARON B. BLOOM**

I, Aaron B. Bloom, declare as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California. I am a member of the law firm of TroyGould PC, counsel of record for defendant Clements Design, Inc. ("Clements Design"). I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify as to the matters set forth herein.

2. Pursuant to Local Rule 7-3, on Thursday, April 11, 2024, I reached out to counsel of record for plaintiff Judd Foundation ("Judd Foundation"), Debevoise & Plimpton LLP, to schedule a meet and confer regarding a potential Rule 12(b) motion to dismiss that I planned to file on behalf of Clements Design. A meet and confer was scheduled for Monday, April 15, 2024, at 9:00 a.m. PDT by Zoom, and the meet and confer took place at that time. In accordance with Local Rule 7-3, this meet and confer took place at least seven days prior to filing the motion to dismiss (the "Motion").

3. On behalf of Clements Design, the following TroyGould PC attorneys were present during the Zoom meet and confer that took place on Monday, April 15, 2024 at 9:00 a.m. PDT: Aaron B. Bloom, John C. Ulin, and Chinelo N. Ikem. On behalf of Judd Foundation, the following Debevoise & Plimpton LLP attorneys were also present: Megan K. Bannigan, Hannah Brickner Beattie, and James Stramm.

4. During this meet and confer, Clements Design raised issues with the complaint filed by Judd Foundation on March 27, 2024 (the "Complaint"). No agreement to amend the Complaint was reached. As a result, Clements Design has filed the Motion. However, Judd Foundation did agree to consider Clements Design's request to extend the motion to dismiss deadline from Monday, April 22, 2024, to Friday, April 26, 2024 since Mr. Ulin's son was getting married that weekend.

5. On Tuesday, April 16, 2024, I received an email from Megan K. Bannigan confirming that Judd Foundation had agreed to the new Motion deadline of Friday, April 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and the United States of America. Executed on this 26th day of April, 2024, at Los Angeles, California.

/s/ Aaron B. Bloom
AARON B. BLOOM

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 16th Floor, Los Angeles, CA 90067-2367.

On April 26, 2024, I served the within document(s) described as:

DECLARATION OF AARON B. BLOOM IN SUPPORT OF DEFENDANT CLEMENTS DESIGN, INC.'S MOTION TO DISMISS

on the interested parties in this action as stated below:

| | |
|---|---|
| David H. Bernstein<br>Megan K. Bannigan<br>Debevoise & Plimpton LLP<br>650 California Street<br>San Franciscol, CA 94108<br><br>Email: dhbernstein@debevoise.com<br>mkbannigan@debevoise.com | Bobby Ghajar<br>Cooley LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br><br>Email: bghajar@cooley.com |

Russell M. Selmont
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974

Email: rselmont@ecjlaw.com

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  (BY E-MAIL) By transmitting the documents listed above to the e-mail addresses set forth above.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2024, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Carol Tenney | /s/ Carol Tenney |
|---|---|
| (Type or print name) | (Signature) |

**TroyGould PC**

DECLARATION OF AARON B. BLOOM IN SUPPORT CLEMENTS DESIGN, INC.'S MOTION TO DISMISS

03987-0004  4869-5605-3177.4