|    |    |
| --- | --- |
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUDD FOUNDATION, | Case No. 2:24-cv-02496 |
| --- | --- |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| v. | Assigned for All Purposes To: |
| CLEMENTS DESIGN, INC. and KIM KARDASHIAN, | Hon. Maame Ewusi-Mensah Frimpong<br>Ctrm:   8B |
| Defendants. | Date:   June 6, 2024<br>Time:   10:00 a.m.<br>Ctrm:   8B |
|  | Complaint Filed:   March 27, 2024 |

**TroyGould PC**

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

03987-0004  4865-1643-8713.1

**ORDER**

On April 26, 2024, Defendant Clements Design filed their Motion to Dismiss Plaintiff's Judd Foundation's Complaint ("Motion"). This Court, having considered Defendant Clements Design's Motion, and all papers in support and opposition, and good cause appearing thereof, hereby GRANTS the Motion. Plaintiff Judd Foundation's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge