UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CLEMENTS DESIGN, INC. AND KIM KARDASHIAN,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02496-MEMF-AS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER EXTENDING BRIEFING SCHEDULE [ECF No. 27]** |

　　　On May 9, 2024, Plaintiff Judd Foundation filed an *ex parte* application for an order extending briefing schedule on Defendant Clements Design's Motion to Dismiss.  (ECF No. 27).

　　　The Court, having considered Plaintiff's *ex parte* application and finding good cause therefor, hereby GRANTS the *ex parte* application and ORDERS as follows:

　　　1. Plaintiff Judd Foundation shall file and serve its opposition to the Motion to Dismiss on or before May 31, 2024 (133 days preceding the hearing date); and

　　　2. Defendant Clements Design, Inc. shall file and serve its reply to the Motion to Dismiss on or before June 21, 2024 (112 days preceding the hearing date).

　　　IT IS SO ORDERED.

1
2   Dated: May __, 2024                    _____
3                                          MAAME EWUSI-MENSAH FRIMPONG
4                                                United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28