UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>            Plaintiff,<br><br>      v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>            Defendants. | Case No. 2:24-cv-02496-MEMF-AS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE [ECF NO. 31]** |

On May 16, 2024, Defendant Kim Kardashian and Plaintiff Judd Foundation ("Plaintiff") (collectively, the "Parties") filed a Stipulation to Extend Time to Respond to the Complaint and Modify Briefing Schedule [ECF No. 31] ("Stipulation"), requesting an extension of Defendant Kardashian's deadline to respond to the Complaint [ECF No. 1] to June 27, 2024, and, assuming Defendant Kardashian files a motion to dismiss pursuant to Fed. R. Civ. P. 12(b), modification of the briefing schedule on that motion such that Plaintiff's opposition would be due on July 25, 2024, and Defendant Kardashian's reply would be due on August 8, 2024.

The Court having, considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant Kim Kardashian's response to the Complaint shall be due June 27, 2024;

2. Plaintiff's opposition to Defendant's intended motion to dismiss shall be due July 25, 2024;

3. Defendant Kim Kardashian's reply in support of its intended motion to dismiss shall be due August 8, 2024.

4. Defendant Kim Kardashian shall notice the hearing on her motion for August 29, 2024.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                         Hon. Maame Ewusi-Mensah Frimpong
                                                         United States District Judge