1 | AARON B. BLOOM (SBN 215037)
Email: abloom@troygould.com
2 | JOHN C. ULIN (SBN 165524)
Email: julin@troygould.com
3 | CHINELO N. IKEM (SBN 343780)
Email: cikem@troygould.com
4 | TROYGOULD PC
1801 Century Park East, 16th Floor
5 | Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
6 | Facsimile: (310) 201-4746

7 | Attorneys for Defendant
Clements Design, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>   Plaintiff,<br><br>  v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>   Defendants. | Case No. 2:24-cv-02496<br><br>Defendant Clements Design's Amended Notice Regarding Not Filing a Reply In Connection With Its Unopposed Motion to Dismiss |

**TroyGould PC**

The previous version of this document had the incorrect bar number for Chinelo N. Ikem in heading. The rest of the document remains unchanged.

Defendant Clements Design, Inc. ("Clements Design") hereby notifies the Court that it did not file a reply brief in support of its Motion to Dismiss on May 17, 2024, which is the date its reply would have been due under this Court's Standing Order, because Plaintiff Judd Foundation ("Judd Foundation") failed to file an opposition to Clements Design's Motion to Dismiss ("Motion") on May 10, 2024, when it was due.

Paragraph VIII.B. of this Court's Standing Order provides: "all Motions must be filed in accordance with the following modified briefing schedule, **which differs from the timing of the Local Rules:**…

Opposition: Must be filed no later than fourteen (14) days after the filing of the initial Motion."

Because Clements Design filed its Motion on April 26, 2024, Judd Foundation's Opposition was due by May 10, 2024. As of the date of this filing, Judd Foundation still has not filed an Opposition to Clements Design's Motion.

The Standing Order further provides: "Reply: Must be filed no later than seven (7) days after the Opposition." Under this provision, Clements Design's Reply would have been due, at the latest, by May 17, 2024. However, because Judd Foundation did not file an Opposition, Clements Design had no brief from the opposing party to which it could reply. Accordingly, Clements Design did not file a Reply on May 17.

Because Judd Foundation failed to oppose Clements Design's Motion to Dismiss, Clement Design now respectfully requests the following relief:

1. That the Court decline to consider any late-filed Opposition by Judd Foundation and grant Clements Design's unopposed Motion to Dismiss. *See* Local Rule 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The

failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting… of the motion….");

2. That Clements Design not be penalized for not filing a Reply on May 17, 2024 because there was no Opposition on file; and

3. Should the Court allow Judd Foundation to file an Opposition at some point in the future, Clements Design should be given more than a week to prepare a Reply because Judd Foundation has already had more than three weeks to prepare a brief that the Standing Order provides them two weeks to submit. If Judd Foundation's opposition briefing time is extended (especially where, as here, Judd Foundation unilaterally decided to take more time than the Standing Order provides), Clements Design should also have additional reply briefing time.

Dated: May 17, 2024                              TROYGOULD PC

By: s/ John Ulin
Aaron B. Bloom
John C. Ulin
Chinelo N. Ikem
Attorneys for Defendant
Clements Design, Inc.

TroyGould PC

Defendant Clements Design's Notice Regarding Not Filing a Reply In Connection With Its Unopposed Motion to Dismiss
03987-0004  4865-7171-6791.1