DAVID H. BERNSTEIN
(CA Bar No. 336551)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel:   (212) 909-6696
Fax:   (212) 521-7696
Email:  dhbernstein@debevoise.com

RUSSELL M. SELMONT
(CA Bar No. 252522)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212-2974
Tel:  (310) 273-6333
Fax:  (310) 859-2325
Email : rselmont@ecjlaw.com

*Attorneys for Plaintiff*
JUDD FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>                           Plaintiff,<br><br>          v.<br><br>CLEMENTS DESIGN, INC. AND KIM KARDASHIAN,<br><br>                           Defendants. | Case No.:  2:24-cv-02496-MEMF-AS<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT CLEMENTS DESIGNS INC.S' NOTICE REGARDING NOT FILING A REPLY** |

1

Plaintiff Judd Foundation ("Judd Foundation") respectfully submits this response to the Notice filed by Defendant Clements Design, Inc. ("Clements").

As explained in the *Ex Parte* Application filed on May 9, 2024 (ECF No. 27), Judd Foundation understood that, based on the Court's Standing Order in place at the time, and by operation of Local Rule 7-11, the Court's May 1, 2024 Continuance Order (ECF No. 24) (the "Continuance Order") had the effect of extending the time for Judd Foundation to file and serve its opposition to Clements' Motion to Dismiss (ECF No. 21).  On May 3, 2024, the Court added the following sentence to its Standing Order:  "If at any time the hearing date on a motion is continued, there is no change to the default briefing schedule set forth above."  Upon learning of this revision, Judd Foundation reached out to Clements to negotiate an extension to the default briefing schedule to accommodate lead counsels' preexisting commitments.  Clements would agree only to extend Judd Foundation's time to oppose the Motion to Dismiss until May 20, 2024, and the parties were unable to reach an agreement.  Accordingly, Judd Foundation filed the *Ex Parte* Application on May 9, 2024 and requested an extension of time to file its opposition until May 31, 2024.

Because the Court has not yet ruled on the *Ex Parte* Application, Judd Foundation intends to file its opposition to the Motion to Dismiss today, the date by which Clements was agreeable.  Given that Clements had been willing to consent to an extension until today, and given that the hearing for Clements' Motion to Dismiss will not be held until October 10, 2024 (see ECF No. 24), Judd Foundation's filing of its opposition brief today causes Clements no prejudice.  For the same reasons, Judd Foundation is amenable to Clements filing its reply brief by any date that the Court deems appropriate.  Judd Foundation further notes that it has agreed with Defendant Kim Kardashian to a 30-day extension of time, until June 27, 2024, for Ms. Kardashian to respond to the Complaint (ECF No. 32), and respectfully submits that it would be efficient for the two motions to be heard together.

Dated:  May 20, 2024

DEBEVOISE & PLIMPTON LLP

 /s/ David H. Bernstein
David H. Bernstein
dhbernstein@debevoise.com
650 California Street
San Francisco, CA 94108
Telephone:  (415) 738-5700
Facsimile:  (415) 644-5628

ERVIN COHEN & JESSUP LLP
Russell M. Selmont
Email: rselmont@ecjlaw.com
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212-2974
Telephone:  (310) 273-6333
Facsimile:  (310) 859-2325

*Attorneys for Plaintiff Judd Foundation*