1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11    JUDD FOUNDATION,                              Case No. 2:24-cv-02496-MEMF-AS

                        Plaintiff,                  **[PROPOSED] ORDER DENYING
12                                                  DEFENDANT CLEMENTS
                                                    DESIGN INC.'S MOTION TO
13          v.                                      DISMISS [ECF NO. 21]**

14    CLEMENTS DESIGN, INC. and KIM
      KARDASHIAN,

15                      Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

On March 27, 2024, Plaintiff Judd Foundation ("Plaintiff") filed a Complaint against Defendants Clements Design, Inc. and Kim Kardashian (ECF No. 1).  On April 26, 2024, Defendant Clements Design filed a Motion to Dismiss the Complaint (ECF No. 21) (the "Motion to Dismiss").  On May 20, 2024, Plaintiff filed an Opposition to the Motion to Dismiss (ECF No. 37) (the "Opposition").

The Court having, considered the Plaintiff's Opposition, and all papers in support and opposition, and finding good cause therefor, hereby DENIES the Motion to Dismiss in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2024                    _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge