UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENTS DESIGN, INC. AND KIM KARDASHIAN,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02496-MEMF-AS<br><br>**ORDER DENYING DEFENDANT'S EX PARTE MOTION TO STRIKE PLAINTIFF'S OPPOSITION AND DENYING AS MOOT PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER EXTENDING BRIEFING SCHEDULE [ECF Nos. 27, 42]** |

　　Before the Court are an Ex Parte Application filed by Plaintiff Judd Foundation ("Judd") requesting an extension of its deadline to file an opposition to Defendants' pending Motion to Dismiss (ECF No. 27) and an Ex Parte Application filed by Defendant Clements Design ("Clements") requesting that Judd's opposition be stricken (ECF No. 42). Judd filed its Opposition while its Ex Parte Application for an extension was pending. *See* ECF No. 37.

　　Having reviewed the parties' submissions, the Court DENIES Clements's Ex Parte Application (ECF No. 42). In the interests of justice and in light of the explanation provided by Judd, the Court will not strike Judd's Opposition and will not deem the Motion to Dismiss unopposed. Because Judd has now filed an Opposition, the Court finds that Judd's Ex Parte Application for an

extension of time to file an opposition (ECF No. 27) is MOOT. The Court will set a deadline for Clements's reply as described below.[1]

All parties are admonished to review the Court's Standing Order, the Local Rules, and the Federal Rules of Civil Procedure, and to follow them for the remainder of this action. The parties should note that to the extent the Standing Order is different from the Local Rules, the Standing Order controls, and that the Court has several procedures that are different from the default procedures in this District. If any party fails to timely file an opposition to a motion in the future, or otherwise fails to comply with the Court's Standing Order, the Court may deem a motion unopposed or may strike a filing.

For the reasons stated herein, the Court ORDERS as follows:

1. Clements's Ex Parte Application (ECF No. 42) is DENIED.
2. Judd's Ex Parte Application (ECF No. 27) is DENIED AS MOOT.
3. Clements's reply in support of the Motion to Dismiss shall be due seven (7) days from the date of this Order.

IT IS SO ORDERED.

Dated: May 28, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] Judd filed a Notice explaining that although its reply was due on May 17, 2024, Clements did not file a reply because Judd had not yet filed an opposition. See ECF Nos. 34, 35. Clements requested that if the Court allowed Judd to file an opposition late, Clements should receive more than a week (the standard deadline) to file a reply. See id. However, Judd's opposition has now been on file for several days, and Clements has thus had time already to consider its reply, and so the Court finds it fair to require Clements to file its reply within seven days of this Order, which is after the date requested by Clements in its Ex Parte application.