**DENIED**
BY ORDER OF THE COURT
**AS MOOT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>    Defendants. | Case No. 2:24-cv-02496-MEMF-AS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS TO APRIL 24, 2025 [ECF NO. 61]**<br><br>Date: March 5, 2025<br>Time: 9:00 a.m.<br>Court: Zoom Videoconference<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

On February 26, 2025, the Parties filed a Stipulation to Continue Hearing on Motions to Dismiss ("Stipulation").

The Parties have requested that the hearing on Defendant Kim Kardashian's and Defendant Clements Designs' (collectively, "Defendants") Motions to Dismiss [ECF Nos. 21, 48, 50], currently scheduled for March 5, 2025, be continued to April 24, 2025.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The hearing on Defendants' Motions to Dismiss is continued from March 5, 2025 to April 24, 2025;

**IT IS SO ORDERED.**

Dated: March 4, 2025

**DENIED**
BY ORDER OF THE COURT
AS MOOT

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge