DAVID H. BERNSTEIN
(CA Bar No. 336551)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel:   (212) 909-6696
Fax:   (212) 521-7696
Email:  dhbernstein@debevoise.com

MEGAN K. BANNIGAN
(Admitted *Pro Hac Vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email:  mkbannigan@debevoise.com

RUSSELL M. SELMONT
(CA Bar No. 252522)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212-2974
Telephone:  (310) 273-6333
Facsimile:  (310) 859-2325
Email : rselmont@ecjlaw.com

Attorneys for Plaintiff
JUDD FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>　　　　Defendants. | Case No. 2:24-cv-02496-MEMF-AS<br><br>**STIPULATION TO CONTINUE 26(F) SCHEDULING CONFERENCE**<br><br>Date:  June 5, 2025<br>Time:  10:00am<br>Court:  Courtroom 8B of the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012<br>Judge:  Hon. Maame Ewusi-Mensah Frimpong |

1     Pursuant to L.R. 7-1 and Section XIII of the Court's Civil Standing Order, Defendant Kim Kardashian, Defendant Clements Design, Inc., and Plaintiff Judd Foundation (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate to continue the June 5, 2025 date for the Parties' 26(f) Scheduling Conference [ECF No. 69]. This Stipulation is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 19, 2025,

    WHEREAS, on April 7, 2025, the Court set a Scheduling Conference for this matter for June 5, 2025 at 10:00am [ECF No. 69];

    WHEREAS, the last day to serve and file the Parties' joint Rule 26(f) Report is currently May 22, 2025.

    WHEREAS, counsel for the Parties have finalized a written settlement agreement and are coordinating signatures of the parties, at which point the parties will file a stipulation of dismissal;

    WHEREAS, given the Parties' settlement agreement, all Parties have agreed to continue the hearing date to June 26, 2025, or as soon thereafter as is convenient for the Court;

    WHEREAS, in light of the foregoing, good cause exists for the continuance;

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the 26(f) Scheduling Conference currently scheduled for June 5, 2025 be continued to June 26, 2025 or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: May 19, 2025      DEBEVOISE & PLIMPTON LLP

By: /s/ David H. Bernstein
David H. Bernstein
Megan K. Bannigan

and

Russel M. Selmont
ERVIN COHEN & JESSUP LLP

Attorneys for Plaintiff
JUDD FOUNDATION

Dated: May 19, 2025      COOLEY LLP

By: /s/ Bobby Ghajar
Bobby Ghajar
Michael G. Rhodes
Colette Ghazarian

Attorneys for Defendant
KIM KARDASHIAN

Dated: May 19, 2025      TROYGOULD PC

By: /s/ Aaron B. Bloom
Aaron B. Bloom
John C. Ulin
Chinelo N. Ikem

Attorneys for Defendant
CLEMENTS DESIGN, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:     May 19, 2025                    DEBEVOISE & PLIMPTON LLP


By: /s/ David. H. Bernstein
    David H. Bernstein

Attorneys for Plaintiff
JUDD FOUNDATION