UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLEMENTS DESIGN, INC. and KIM KARDASHIAN,<br><br>　　　　Defendants. | Case No. 2:24-cv-02496-MEMF-AS<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE IN LIGHT OF SETTLEMENT [ECF NO. 72]**<br><br>Date: June 5, 2025<br>Time: 10:00am<br>Court: Courtroom 8B of the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

On May 19, 2025, the Parties filed a Stipulation to Continue 26(f) Scheduling Conference ("Stipulation"). The Stipulation requests that the 26(f) Conference, currently scheduled for June 5, 2025, be continued to June 26, 2025 because the parties have finalized a written settlement agreement.

In light of the Stipulation, the Court hereby ORDERS that the action is STAYED and administratively closed until 60 days from the date of this Order. The parties are ORDERED to file, within 60 days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been finalized. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of 61 days from the date of this Order.

The 26(f) Scheduling Conference currently scheduled for June 5, 2025 at 10:00 AM is taken off calendar and no appearances are required.

IT IS SO ORDERED.

Dated: May 30, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge