DAVID H. BERNSTEIN
(CA Bar No. 336551)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Tel:   (212) 909-6696
Fax:   (212) 521-7696
Email: dhbernstein@debevoise.com

MEGAN K. BANNIGAN
(Admitted *Pro Hac Vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: mkbannigan@debevoise.com

RUSSELL M. SELMONT
(CA Bar No. 252522)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
Email: rselmont@ecjlaw.com

Attorneys for Plaintiff
JUDD FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDD FOUNDATION,**<br>        **Plaintiff,**<br>    v.<br>**CLEMENTS DESIGN, INC. and KIM KARDASHIAN,**<br>        **Defendants.** | Case No. 2:24-cv-02496-MEMF-AS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

1

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims in this action against Defendants Clements Design, Inc. and Kim Kardashian, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated:     June 2, 2025     DEBEVOISE & PLIMPTON LLP

By: */s/ David H. Bernstein*
David H. Bernstein
Megan K. Bannigan

and

Russel M. Selmont
ERVIN COHEN & JESSUP LLP

Attorneys for Plaintiff
JUDD FOUNDATION

Dated:     June 2, 2025     COOLEY LLP

By: */s/ Bobby Ghajar*
Bobby Ghajar
Michael G. Rhodes
Colette Ghazarian

Attorneys for Defendant
KIM KARDASHIAN

[*signatures continued on next page*]

Dated:     June 2, 2025        TROYGOULD PC

By: */s/ Aaron Bloom*
Aaron B. Bloom
John C. Ulin
Chinelo N. Ikem

Attorneys for Defendant CLEMENTS DESIGN, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:      June 2, 2025          DEBEVOISE & PLIMPTON LLP

                                                    By: */s/ David H. Bernstein*
                                                               David H. Bernstein

                                                               Attorneys for Plaintiff
                                                              JUDD FOUNDATION